BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
1023 H Street, Suite B5
Sacramento, CA 95814
Telephone: (916) 448-8600
Facsimile: (916) 448-8605

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEO L. VUE )<br>)<br>)<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**JO ANNE B. BARNHART**<br>**Commissioner of Social Security**<br>**of the United States of America,** )<br>)<br>**Defendant.** )<br>) | Case No: CIV-06-1818 CMK<br><br>*CORRECTED*<br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment is hereby extended from its current due date of September 26, 2006 to November 3, 2006.  This is Plaintiff's first requested extension and is necessary due to a  counsel's  heavy briefing schedule.

/ / / /

/ / / /

/ / / /

1

Dated: September 15, 2006    /s/Bess M. Brewer
BESS M. BREWER
Attorney at Law

Attorney for Plaintiff

Dated:   September 15, 2006    McGregor W. Scott
United States Attorney

By: /s/Bobbie J. Montoya
BOBBIE J. MONTOYA
Assistant U.S. Attorney

Attorney for Defendant

**ORDER**

APPROVED AND SO ORDERED.
DATED:   September 18, 2006.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE