1   BESS M. BREWER, #100364
    LAW OFFICE OF
2   BESS M. BREWER & ASSOCIATES
    1023 H Street, Suite B5
3   Sacramento, CA 95814
    Telephone: (916) 448-8600
4   Facsimile: (916) 448-8605

5   Attorneys for Plaintiff

6

7

8
                 **IN THE UNITED STATES DISTRICT COURT**
9
                    **EASTERN DISTRICT OF CALIFORNIA**
10
  **KEO L. VUE**               )     **Case No: CIV-06-1818 CMK**
11                          )

12                          )

13           **Plaintiff,**     )     **STIPULATION AND ORDER**
                         )     **EXTENDING PLAINTIFF'S TIME TO**
14   **v.**                   )     **FILE MEMORANDUM IN SUPPORT**
                         )     **OF SUMMARY JUDGMENT**
15   **MICHAEL J. ASTRUE[1]**     )
    **Commissioner of Social Security**  )
16   **of the United States of America,**  )
                         )
17           **Defendant.**     )
                         )
18   _____)

19

20        IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the

21   permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment is

22   hereby extended to February 20, 2007. (It was originally due February 8, 2007 but Plaintiff's attorney

23   miscalculated and calendared an incorrect due date of February 20, 2007.)   This is plaintiff's first

24   extension and is required due to plaintiff's attorney's calendering error.

25   / / / /

26

27   _____

28        [1]On February 12, 2007, Michael J. Astrue became the Commissioner of Social Security and
    should, therefore, be substituted for Commissioner Jo Anne B. Barnhart as Defendant in this action. 42
    U.S.C. § 405(g); Fed. R. Civ. P. 25(d)(1).

1   Dated:  February 15, 2007                    */s/Bess M. Brewer* _____

2                                               BESS M. BREWER

                                                Attorney at Law
3

4                                               Attorney for Plaintiff

5

6   Dated: February 15, 2007                     McGregor W. Scott

                                                United States Attorney
7

8                                               By: */s/ Dennis Hanna*

9                                               DENNIS HANNA

10                                              Special Assistant U.S. Attorney

                                                Social Security Administration
11

12                                              Attorney for Defendant

13

14

15

16                                  **ORDER**

17

18  APPROVED AND SO ORDERED.

19

20

21  DATED:   February 16, 2007.

22

23                                  _____

24  **CRAIG M. KELLISON**

25  UNITED STATES MAGISTRATE JUDGE

26

27

28

2